IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BUTLER, P-84515, | No. C 14-04136 CRB (PR) |
| Plaintiff, | ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL |
| v. | |
| EDMOND G. BROWN, JR., et al., | |
| Defendant(s). | |

Plaintiff's request for appointment of counsel under 28 U.S.C. § 1915 is DENIED for lack of exceptional circumstances. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986). The court will consider appointment of counsel on its own motion, and seek volunteer counsel to agree to represent plaintiff pro bono, if it determines at a later time in the proceedings that appointment of counsel is warranted.

The clerk shall terminate the motion in docket number 18.

SO ORDERED.

DATED: June 26, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.14\Butler, A.14-4136.dnycsl.wpd