IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BUTLER, P84515,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>EDMOND G. BROWN, JR., et al.,<br><br>　　　　　Defendant(s). | No. C 14-4136 CRB (PR)<br><br>ORDER SETTING BRIEFING SCHEDULE |

Per order filed on September 25, 2015, the court denied plaintiff's motion for appointment of counsel and granted plaintiff's motion for an extension of time to file an opposition to defendants' motion for dismissal/summary judgment. The court instructed plaintiff to "file an opposition by no later than November 6, 2015" and defendants to "file a reply within 14 days thereafter."

In view of plaintiff's recent transfer to Atascadero State Hospital, an additional extension of time to file an opposition to defendants' motion is in order. Plaintiff shall file an opposition by no later than December 24, 2015 and defendants shall file a reply within 14 days thereafter.

SO ORDERED.

DATED: 11/20/2015

CHARLES R. BREYER
United States District Judge

N:\Nov.2015\CRB\Butler, A.14-4136.eot1.wpd