IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BUTLER, P84515,     ) | |
|                          ) | |
| Plaintiff,         ) | No. C 14-4136 CRB (PR) |
|                          ) | |
| vs.                ) | ORDER APPOINTING PRO |
|                          ) | BONO COUNSEL FOR |
| EDMOND G. BROWN, JR., et al., ) | PLAINTIFF |
|                          ) | |
| Defendants.        ) | |
|                          ) | |

Per order filed on February 23, 2016, the court referred plaintiff to the Federal Pro Bono Project (FPBP) to find a volunteer attorney to represent him.

FPBP has informed the court in writing that Caroline Walters and Matthew P. Gelfand of McKool Smith Hennigan have agreed to serve as appointed pro bono counsel for plaintiff in this action. The court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Caroline Walters and Matthew P. Gelfand of McKool Smith Hennigan as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1), General Order No. 25 and the FPBP guidelines posted on the court's website.

The clerk shall set this matter for a case management conference within 120 days of this order. All proceedings in this action are stayed until that time.

SO ORDERED.

DATED: March 14, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.14\Butler, A.14-4136.appointment.wpd