1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ANDRE BUTLER,                                 Case No.  14-cv-04136-CRB

9              Plaintiff,

10        v.                                        **ORDER DISMISSING CASE
                                                    WITHOUT PREJUDICE TO RE-
11   G. SALAZAR, et al.,                            FILING UNDER FEDERAL RULE
                                                    OF CIVIL PROCEDURE 41(B)**
12             Defendants.

13        On March 12, 2018, following several failures by Plaintiff to attend mandatory

14   settlement conferences, the Court filed an order setting a case management conference for

15   April 13, 2018 (dkt. 105).  The Court stated that failure to appear at the conference would

16   result in the dismissal of Plaintiff's case without prejudice pursuant to Federal Rule of

17   Civil Procedure 41(b).  The Court later re-set the hearing for May 4, 2018, serving Plaintiff

18   with the notice of the new date (dkt. 107).  Plaintiff failed to appear at the hearing on May

19   4. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE TO RE-**

20   **FILING**.

21        **IT IS SO ORDERED.**

22        Dated: May 9, 2018

23                                                  _____
                                                    CHARLES R. BREYER
                                                    United States District Judge
24
25
26
27
28